# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
8/8/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

Case Number: 2:24-cr-00483-HDV
Defendant Number: 1
U.S.A. v. Samir Ousman Alsheikh
Year of Birth: 1952
[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): FBI / HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 5/23/2020-7/10/2024; 1/7/2023

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other

Citation of Offense: 18 USC 1546; 18 USC 1425

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 7/9/2024
Case Number: 24-MJ-4088-DUTY
Assigned Judge: DUTY
Charging: 18 USC 1425
The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No   [✓] Yes
IF YES, provide Name: Peter Hardin
Phone Number: 949-940-6935 / 949-502-7761

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number:

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☒ YES ☐ NO

IF YES, list language and/or dialect: Arabic

**OTHER**

☒ Male ☐ Female
☐ U.S. Citizen ☒ Alien

Alias Name(s): _____

This defendant is charged in:
☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☒ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☒ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☒ immigration offenses
☐ corporate fraud
☐ Other: _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☒ Federal
b. Name of Institution: MDC-LA
c. If Federal, U.S. Marshals Service Registration Number: 24699-511
d. ☒ Solely on this charge. Date and time of arrest: 7/10/2024, 8:30pm
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___20  ___21  ___40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 8/8/2024

Signature of Assistant U.S. Attorney: *Joshua Mausner*
Print Name: Joshua O. Mausner