# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 2:24-cr-00483-HDV-1      CourtSmart 08/30/24      Date: August 30, 2024

Present: The Honorable Patricia Donahue, U.S. Magistrate Judge

Isabel Verduzco — Deputy Clerk
Joshua Mausner — Assistant U.S. Attorney
Arabic Interpreter — Interpreter / Language

USA v. Samir Ousman Alsheikh
☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: Peter P. Hardin
☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**   ☐ Contested detention hearing is held.

- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Witnesses CST (see separate list).    ☐ Exhibits Marked/Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at: $ _____ .**    ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .
- ☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .
- ☐ Release Order Issued - Release No. _____ .
- ☐ Other: _____

**PROCEEDINGS:**   ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
                    ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☑ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED ☑ DENIED

Court ORDERS bail as to the above-named defendant ☐ modified to ☐ set at: $ _____
  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
- ☐ Bond previously set is ordered vacated.
- ☑ Court orders defendant permanently detained. See separate order.
- ☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
- ☐ Witnesses CST (see separate list).    ☐ Exhibits Marked / Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
- ☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
- ☐ Other _____

Release Order Issued - Release No. _____

1 : 00
Deputy Clerk Initials IV

M-46 (10/21)   MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING