1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA O. MAUSNER (Cal. Bar No. 260251)
4  Assistant United States Attorneys
   Chief, Violent and Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0619
7       Facsimile: (213) 894-3713
        E-mail:    joshua.mausner@usdoj.gov
8
   NICOLE M. ARGENTIERI
9  Principal Deputy Assistant Attorney General
   Head of the Criminal Division
10 PATRICK JASPERSE (D.C. Bar No. 986804)
   ALEXANDRA SKINNION (Penn. Bar No. 327795)
11 Trial Attorneys
   U.S. Department of Justice, Criminal Division
12 Human Rights and Special Prosecutions Section
        1301 New York Avenue, NW
13      Washington, D.C. 20530
        Telephone: (202) 616-8917 / 9371
14      Email:     patrick.jasperse@usdoj.gov
                   alexandra.skinnion@usdoj.gov
15
   Attorneys for Plaintiff
16 UNITED STATES OF AMERICA

17                 UNITED STATES DISTRICT COURT

18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

19 UNITED STATES OF AMERICA,          No. CR 24-00483-HDV

20           Plaintiff,               [PROPOSED] ORDER CONTINUING TRIAL
                                      DATE AND FINDINGS REGARDING
21           v.                       EXCLUDABLE TIME PERIODS PURSUANT
                                      TO SPEEDY TRIAL ACT
22 SAMIR OUSMAN ALSHEIKH,
                                      [PROPOSED] TRIAL DATE: [01-21-25]
23           Defendant.               [PROPOSED] PTC DATE:   [01-09-25]

24

25      The Court has read and considered the Stipulation Regarding

26 Request for (1) Continuance of Trial Date and (2) Findings of

27 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

28 parties in this matter on September 18, 2024 (the "Stipulation").

1  The Court hereby finds that the Stipulation, which this Court

2  incorporates by reference into this Order, demonstrates facts that

3  support a continuance of the trial date in this matter, and provides

4  good cause for a finding of excludable time pursuant to the Speedy

5  Trial Act, 18 U.S.C. § 3161.

6      The Court further finds that: (i) the ends of justice served by

7  the continuance outweigh the best interest of the public and

8  defendant in a speedy trial; (ii) failure to grant the continuance

9  would be likely to make a continuation of the proceeding impossible,

10  or result in a miscarriage of justice; (iii) the case is so unusual

11  and so complex, due to the nature of the prosecution, including the

12  charges and allegations in the Indictment; the ongoing investigation

13  by the government, including official requests for evidence to

14  foreign countries under Mutual Legal Assistance Treaties; the

15  presence of victims and witnesses in foreign countries, including the

16  need for potential Rule 15 depositions; and the voluminous discovery

17  produced to defendant and need for translation of materials from

18  Arabic to English, that it is unreasonable to expect preparation for

19  pre-trial proceedings or for the trial itself within the time limits

20  established by the Speedy Trial Act; and (iv) failure to grant the

21  continuance would unreasonably deny defendant continuity of counsel

22  and would deny defense counsel the reasonable time necessary for

23  effective preparation, taking into account the exercise of due

24  diligence.

25      THEREFORE, FOR GOOD CAUSE SHOWN:

26      1.    The trial in this matter is continued from October 1, 2024,

27  to January 21, 2025, at 9:00 a.m.  The pretrial conference is

28  continued to January 9, 2025, at 1:30 p.m.

1     2.    The time period of October 1, 2024, to January 21, 2025,

2  inclusive, is excluded in computing the time within which the trial

3  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

4  (h)(7)(B)(ii), and (B)(iv).

5     3.    Nothing in this Order shall preclude a finding that other

6  provisions of the Speedy Trial Act dictate that additional time

7  periods are excluded from the period within which trial must

8  commence.  Moreover, the same provisions and/or other provisions of

9  the Speedy Trial Act may in the future authorize the exclusion of

10  additional time periods from the period within which trial must

11  commence.

12     IT IS SO ORDERED.

13

14       9/17/24

      DATE

15                                 HONORABLE HERNÁN D. VERA

                                     UNITED STATES DISTRICT JUDGE

16

17

18  Presented by:

19     /s/

     JOSHUA O. MAUSNER

20  Assistant United States Attorney

21

22

23

24

25

26

27

28