# *Memorandum*
2:24-cr-483(A)-HDV



| Subject:<br>United States v. Samir Ousman Alsheikh | Date:<br>December 10, 2024 |
|---|---|
| To:<br>KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | From:<br>JOSHUA O. MAUSNER<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on December 12, 2024,

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

_____
JOSHUA O. MAUSNER
Assistant United States Attorney