E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JOSHUA O. MAUSNER (Cal. Bar No. 260251)
Assistant United States Attorneys
Chief, Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0619
    Facsimile: (213) 894-3713
    E-mail:   joshua.mausner@usdoj.gov

BRENT S. WIBLE
Principal Deputy Assistant Attorney General
Head of the Criminal Division
PATRICK JASPERSE (D.C. Bar No. 986804)
ALEXANDRA SKINNION (Penn. Bar No. 327795)
Trial Attorneys
U.S. Department of Justice, Criminal Division
Human Rights and Special Prosecutions Section
    1301 New York Avenue, NW
    Washington, D.C. 20530
    Telephone: (202) 616-8917 / 9371
    Email:   patrick.jasperse@usdoj.gov
         alexandra.skinnion@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LINK 52
cc: PSA/USPO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00483(A)-HDV |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| SAMIR OUSMAN ALSHEIKH, | **[PROPOSED] TRIAL DATE: [8/19/25]** |
| Defendant. | **[PROPOSED] PTC DATE:   [8/07/25]** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 7, 2025 (the "Stipulation"). The

Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, including the charges and allegations in the Indictment; the ongoing investigation by the government, including official requests for evidence to foreign countries under Mutual Legal Assistance Treaties; the presence of victims and witnesses in foreign countries, including the need for potential Rule 15 depositions; and the voluminous discovery produced to defendant and need for translation of materials from Arabic to English, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 21, 2025, to August 19, 2025, at 9:00 a.m. The pretrial conference is continued to August 7, 2025, at 1:30 p.m.

    2.    The time period of January 21, 2025, to August 19, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

    3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

01/07/25
DATE

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JOSHUA O. MAUSNER
Assistant United States Attorney