UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:24-cr-00483-(A)-HDV | Date: 01/7/2025 |
| Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge | |
| Interpreter Gabriel Kartouch | Language Arabic |
| Gay Roberson | CS 01/07/2025 | Joshua Mausner |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present Retained |
|---|---|
| Samir Ousman Alsheikh | Nina Marino and Richard D. Kaplan |

Proceedings: Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Gabriel Kartouch; Language: Arabic
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Hernan D. Vera.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 01/21/2025 9:00 AM;
Pre-Trial Conference: 01/9/2025 1:30 PM
* Government counsel provides trial estimate of 7 days.
* The parties are referred to Judge Vera's Procedures & Schedules on the Court's website at www.cacd.uscourts.gov to obtain a copy of the Criminal Standing Order.
Judge Vera is located in 5B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    PSASA
    ✓ USMLA    USMED    USMSA
    Statistics Clerk    ✓ Interpreter
    CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: GR by TRB