Name & Address:

NINA MARINO (State Bar No. 142815)
JENNIFER LIESER (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue Los Angeles, California 90046
Tel: (310) 557-0007
Email: marino@kaplanmarino.com
Email: lieser@kaplanmarino.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-CR-00483-HDV |
| v. | |
| Samir Ousman Alsheikh | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge __Hernán D. Vera__

☐ Magistrate Judge _____

on __04/03/25__ at __1:30__ ☐ a.m ☑ p.m.

in courtroom __5B__.

☐ is not approved.

☐ Other: _____

An interpreter is ☑ required ☐ is not required. Language __Arabic__
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| 03/07/25 | Wendy Hernandez | wendy_hernandez@cacd.uscourts.gov |
|---|---|---|
| Date | Deputy Clerk | Contact ~~Phone Number~~ email |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc ☑ Probation ☑ Interpreter's Office ☑ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)