# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMIR OUSMAN ALSHEIKH <br><br> Defendant. | Case No. 24-CR-00483-HDV <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR ISSUANCE OF LETTERS ROGATORY PURSUANT TO 28 U.S.C. § 1781** |

The Court, having considered Defendant's Application for Issuance of Letters Rogatory to the Appropriate Judicial Authority of Sweden for the purpose of obtaining documentation evidence of a prospective government witness, and finding good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant's Application for Issuance of Letters Rogatory is GRANTED;
2. The Court approves the Letters Rogatory directed to the Appropriate Judicial Authority of Sweden as submitted by Defendant;
3. The Court authorizes the Clerk of the Court to authenticate and issue the signed Letters Rogatory in accordance with applicable international and local procedures.

IT IS SO ORDERED.

//
//
//
//

1  _____                                 _____
2  DATE                                                     HONORABLE PATRICIA DONAHUE
                                                            United States Magistrate Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Presented by:
2 | /s/ Nina Marino
3 | NINA MARINO
  | JENNIFER LIESER
4 | KAPLAN MARINO, PC