FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2025

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>SAMIR OUSMAN ALSHEIKH<br><br>               Defendant. | Case No. 24-CR-00483-HDV<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S APPLICATION FOR ISSUANCE OF LETTERS ROGATORY PURSUANT TO 28 U.S.C. § 1781 |

The Court, having considered Defendant's Application for Issuance of Letters Rogatory to the Appropriate Judicial Authority of Germany for the purpose of obtaining documentation evidence of three prospective government witnesses, and finding good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant's Application for Issuance of Letters Rogatory is GRANTED;
2. The Court approves the Letters Rogatory directed to the Appropriate Judicial Authority of Germany as submitted by Defendant;
3. The Court authorizes the Clerk of the Court to authenticate and issue the signed Letters Rogatory in accordance with applicable international and local procedures.

IT IS SO ORDERED.

//
//
//
//

| | | |
|---|---|---|
| 1 | <u>June 4, 2025</u> | <u>*Alicia G. Rosenberg*</u> |
| 2 | DATE | HONORABLE ALICIA G. ROSENBERG |
| | | United States Magistrate Judge |

2

Presented by:

/s/ Nina Marino

NINA MARINO
JENNIFER LIESER
KAPLAN MARINO, PC