<strong>FILED</strong>

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>SAMIR OUSMAN ALSHEIKH,<br><br>  Defendant - Appellant. | No. 25-3126<br><br>D.C. No.<br>2:24-cr-00483-HDV-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The motion, contained in appellee's opposition, to dismiss this appeal as untimely is granted. The appeal is dismissed. *See* Fed. R. App. P. 4(b)(1)(A); *United States v. Sadler*, 480 F.3d 932, 941-42 (9th Cir. 2007).

**DISMISSED.**