```
 1  NINA MARINO, ESQ. (State Bar No. 142815)
    JENNIFER LIESER, ESQ. (State Bar No. 313707)
 2  MORIAH RADIN, ESQ. (State Bar No. 260245)
    COLLIN CATE, ESQ. (State Bar No. 365876)
 3  KAPLAN MARINO, PC
    1546 N. Fairfax Ave.
 4  Los Angeles, CA 90046
    Tel: (310) 557-0007
 5  Fax: (310) 861-1776
    E-mail: marino@kaplanmarino.com
 6          lieser@kaplanmarino.com
            radin@kaplanmarino.com
 7          cate@kaplanmarino.com
 8  Attorneys for Defendant
    SAMIR OUSMAN ALSHEIKH
 9
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 24-CR-00483-HDV |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **EX PARTE APPLICATION FOR LEAVE TO SEAL DOCUMENTS, AND FOR LEAVE TO FILE *IN CAMERA*** |
| SAMIR OUSMAN ALSHEIKH | ) | |
| Defendant. | ) | |

    Defendant Samir Ousman Alsheikh ("Mr. Alsheikh"), by and through his attorneys of record, Nina Marino, Jennifer Lieser, Moriah Radin, and Collin Cate hereby applies *ex parte* for an order sealing and for *in camera* submission of the the unredacted copy of Mr. Alsheikh's Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser.

    The redacted version of Mr. Alsheikh's Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser will be electronically filed at ECF No. 150. This *ex parte* application is based on the

attached Declaration of Nina Marino.

    Should the Court deny this *ex parte* application, counsel of record requests that the documents described above not be filed, but instead be returned to counsel of record without filing of the documents on the clerk's public docket.

Dated: January 22, 2026　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　KAPLAN MARINO, PC


　　　　　　　　　　　　　　　　　　　　_____/ s /_____
　　　　　　　　　　　　　　　　　　　　NINA MARINO
　　　　　　　　　　　　　　　　　　　　JENNIFER LIESER
　　　　　　　　　　　　　　　　　　　　MORIAH RADIN
　　　　　　　　　　　　　　　　　　　　COLLIN CATE
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Samir Ousman Alsheikh

## **DECLARATION OF NINA MARINO**

I, Nina Marino, declare as follows:

1. I am the lead attorney representing Samir Ousman Alsheikh in *United States v. Alsheikh,* 24-CR-00483-HDV.

2. As counsel for Mr. Alsheikh, I respectfully request leave to file under sealand *in camera* an unredacted copy of Mr. Alsheikh's Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser.

3. The unredacted Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser (the "Motion") contain sensitive witness identifying information that could compromise the witnesses' safety as set forth fully in the Motion. For this reason, the Motion should be filed and maintained under seal.

4. In addition, the unredacted Motion contains defense strategy and defense witness information that Mr. Alsheikh should not be forced to disclose to the government at this time. In order to protect Mr. Alsheikh's preparation of his defense, the unredacted Motion should be filed and review *in camera*.

5. On January 22, 2026, I attempted to confer with the government through Assistant United States Attorneys Joshua O. Mausner, and Patrick Jasperse. As of the time of this filing, I have not received a response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

I executed this declaration on January 22, 2026, in Los Angeles, California.

*Nina Marino*
NINA MARINO