link 209

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 24-CR-00483-HDV |
| Plaintiff, | ) | **[PROPOSED] ORDER WITHDRAWING MOTION FOR LIVE TWO-WAY VIDEO TESTIMONY, AND RELATED DOCUMENTS (DKT. NOS. 149, 150, 151, 154, 155)** |
| v. | ) | |
| SAMIR OUSMAN ALSHEIKH, | ) | |
| Defendant. | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT the Motion for Live Two-Way Video Testimony ("the Motion") (Dkt. 151), the *ex parte* application for Leave to File the Motion Under Seal and *In Camera* (Dkt. 150), the Notice of Manual Filing (Dkt. 149), including the unredacted version of the Motion submitted *in camera,* the Declaration of Nina Marino in support of the *ex parte* application (Dkt. 154), and the Response to the Government's Objections to the *ex parte* application (Dkt.155) are withdrawn and stricken from the docket.

IT IS SO ORDERED.

02/13/26
_____
DATE

HONORABLE HERNAN D. VERA
United States District Judge

1

1  Presented by:

2  ___/s/_____ ___

3  NINA MARINO
   JENNIFER LIESER

4  KAPLAN MARINO, PC
   Attorneys for Defendant

5  SAMIR OUSMAN ALSHEIKH

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER NOTICE OF WITHDRAWAL OF MOTION